UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JUSTIN NETTLES,<br><br>Defendant. | 20 Cr. 509 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for November 17, 2020, is hereby ADJOURNED to December 2, 2020, at 11:00 a.m.  The date and time will be confirmed the week before the conference, and instructions for accessing the conference will be provided separately.

SO ORDERED.

Dated:    October 30, 2020
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge