UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JESNEL BUTLER,<br><br>Defendant. | 18-CR-834 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from counsel for defendant Jesnel Butler seeking reconsideration of the Court's denial of Mr. Butler's application for compassionate release in light of what counsel represents are dramatically worsened public-health conditions at Federal Correctional Institution ("FCI") Fort Dix.  See Dkt. 564.  The Court directs the Government to respond to this letter by Thursday, November 5, 2020.  While the Government is at liberty to address any relevant factors, the Court's particular interest is understanding concretely the conditions at FCI Fort Dix and the degree of risk presented to Mr. Butler.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 31, 2020
       New York, New York