

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2020

**BY ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *United States v. Nettles*, 20 Crim. 509 (KPF)

Dear Judge Failla:

The Government respectfully submits this letter to request that time be excluded under the Speedy Trial Act between today and December 2, 2020.

The defendant was arraigned before this Court on October 5, 2020, and time was excluded under the Speedy Trial Act until a conference scheduled for November 17, 2020. On October 30, the Court issued an order adjourning the November 17 conference until December 2, but the Court did not exclude time when it ordered the adjournment. Dkt. 14.

An exclusion of time under the Speedy Trial Act between today and December 2 is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the parties to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

Respectfully Submitted,

AUDREY STRAUSS
Acting United States Attorney

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

CC: Annalisa Mirón, Counsel for Justin Maurice Nettles (by ECF)

Application GRANTED. It is ORDERED that time is excluded under the Speedy Trial Act between November 20, 2020, and December 2, 2020. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to consider a pre-trial disposition.

Dated:    November 20, 2020          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE