**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 25, 2020



**By ECF/Email**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Justin Nettles, 20 Cr. 509 (KPF)

Honorable Judge Failla:

      Over the government's objection (ECF No. 16), I write to respectfully request that the Court permit Mr. Nettles' change-of-plea proceeding to proceed via videoconference on December 2, 2020.

      As an initial matter, Mr. Nettles wishes to avail himself of the proposed government's plea agreement. As the government is aware, since his arrest, Mr. Nettles has expressed a desire to move forward with a pretrial resolution of his case. Indeed, as corroborated by the discovery, he accepted responsibility in a post-arrest interrogation. And the only recent delay in seeking a written plea agreement from the government was undersigned counsel's desire for Mr. Nettles to review his discovery so that we could have an informed discussion regarding any potential motions.

      Mr. Nettles has reviewed the discovery and wishes to forego any potential motion practice, including motion practice related to his indictment by a White Plains grand jury, in order to plead guilty quickly. But he should not be forced to choose between his desire to resolve his case and risking added exposure to Covid-19 while in transit to court, and during any court appearance, or additional periods of quarantine at the MCC following such an appearance. Indeed both he and the public have an interest in a speedy resolution (whether via plea or pretrial disposition) of the case, and it would do "serious harm" to those interests if Mr. Nettles has to wait until the risk of Covid-19 subsides enough such that in-court appearances are substantially safe again. The conditions at MCC are very difficult and potentially much worse than designated facilities, so Mr. Nettles is anxious to resolve his case and looks forward to being transferred to a designated facility following his sentencing.

United States v. Nettles  
Hon. Katherine P. Failla

November 25, 2020  
Page 2 of 2

      In light of the exponential rate at which Covid-19 is spreading nationwide, it may be several months before Mr. Nettles can safely appear and not risk a lengthy quarantine upon return to the jail. Under these circumstances, and with Mr. Nettles' consent, the Court has authority to conduct his plea proceeding via videoconference pursuant to the CARES Act.

      Respectfully submitted,

/s/ Annalisa Mirón  
Annalisa Mirón, Esq.  
Assistant Federal Defender  
(646) 745-4899

CC:    Assistant U.S. Attorney Kevin Mead

```
The Court is in receipt of the parties' letters regarding the
propriety of conducting the upcoming change of plea conference by
videoconference.  (Dkt. #18, 20).  Given the dangers posed by the
COVID-19 pandemic, Defendant's request to conduct the December 2,
2020 change of plea conference remotely, by videoconference, is
GRANTED.  The Court will explain its findings on this matter in
greater detail at the conference.  Information for accessing the
conference will be provided in advance of the conference.

Dated:     November 29, 2020          SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE